UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BOBBY LEE MONTGOMERY, | Case No. 2:20-cv-01061-KJD-VCF |
| Plaintiff, | **ORDER ADOPTING AND AFFIRMING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |
| v. | |
| STATE OF NEVADA, *et al.*, | |
| Defendants. | |

Before the Court for consideration is the Report and Recommendation (ECF #41) containing the findings and recommendations of Magistrate Judge Cam Ferenbach entered March 10, 2022, recommending that Plaintiff's action be dismissed under Rule 4(m) for failure to perfect service. Plaintiff did not object and has not provided good cause for his failure to serve. The Court has conducted a de novo review of the record in this case in accordance with 28 U.S.C. § 636(b)(1) and LR IB 3-2. The Court determines that the Report and Recommendation containing the findings and recommendations of Magistrate Judge Ferenbach, entered March 10, 2022, should be **ADOPTED** and **AFFIRMED**.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (ECF #41) is **ADOPTED** and **AFFIRMED** and the action is dismissed without prejudice.

Dated this 28th day of April, 2022.

_____
Kent J. Dawson
United States District Judge